Tatyana Leonidovna TURINA, et al., Petitioners,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 00–70350.

INS Nos. A72–118–095, A72–118–096.

United States Court of Appeals, Ninth Circuit.

May 7, 2003.

Before REINHARDT, HAWKINS, and RAWLINSON, Circuit Judges.

ORDER

Judges Reinhardt and Hawkins have voted to grant the petition for rehearing and to deny the petition for rehearing en banc. Judge Rawlinson votes to deny the petition for rehearing and for rehearing en banc. The memorandum disposition filed on October 12, 2001, in this case is WITHDRAWN and superceded by a new dispo-

sition filed by the panel concurrently herewith.